Nov. 27, 2015
RE: WR-78,602-02

Court of Criminal Appeals
Austin, Texas
RECEIVED IN
COURT OF CRIMINAL APPEALS
DEC 01 2015
Abel Acosta, Clerk

RECEIVED IN
COURT OF CRIMINAL APPEALS
DEC 12 2015
78,602-02

Dear Honorable Judge Keller,

My Name is Juan Manuel Alvarado, My family and friends call me "Manuel". i am a Texas State prisoner, my CID # is 01452106.

This letter is in reference to the above indicated case. My 11.07 writ of Habeas Corpus was filed with this Court on 10.19.15. By the time this letter reaches your Court it will be about 7 weeks that my case has been pending decision. im anxious, but...

By no means am i writing this letter to attempt a speedy response. i've done over 10 years in prison already... i can wait for how ever long it take the Court and Honorable Judges to reach a decision and thouroughly review the case.

i don't know if this is ethical for me to write the Court like this, i mean no disrespect or slite to the institution of Justice in our State. i only want to take this opportunity thank the Court for taking it's time to thouroughly review the case. i understand how the line of work of the court can go largely unappreciated by those of us whom it affects the most. From the bottom of my heart thank yall for accepting my writ and taking this time to review it.

i am an uneducated indigent prisoner. i came down here when i was 16. i made some bad choices in life. My Mom smoked crack, my

Dad left and started another family. i was taken away by CPS and given to my grandparents who were too old to be raising 3 young boys. i was full of so much negativity and misguided frustration that i made some mest up choices. And i've paid dearly for those decisions. i have no children, i've never had a licence, or a job. i dropped out of school, and i ended up here.

But i didn't do wut the prosecution said i did. i am not guilty of wut they charged and convicted me of. They broke the law, they've suppressed the facts, and these are our public officials with whom we entrust the law. im no saint, never been an angel. But two wrongs don't make a right. i understand that now... after all this time and all the trouble im still going through... i do understand that now.

i just want a chance at life. i screwed up my childhood, but im a man now. i pray for the opportunity to be a good God fearing man in society. Thank you for your time and attention in this matter. Happy Holidays with Peace & Blessings.

Very Truely Yours,

Manuel Albarado,
Petitioner
#1452106
Connally Unit
899 F.M. 632
Kenedy, Tx. 78119

DEPUTY DISTRICT CLERK
COURT OF CRIMINAL APPEALS
RECEIVED IN
NOV 29 2010